UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE BAUCHAM,

        Plaintiff,

v.                                                                              4:03cv397-WS

BRUCE VARNES, individually and in
his capacity as Sheriff of Franklin County
Sheriff Department; MICHAEL MOORE, deputy
Franklin County Sheriff Department in his
individual capacity; STEVE JONES, deputy
Franklin County Sheriff Department in his
individual capacity,

        Defendants.

_____

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

1. This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

2. The clerk shall enter judgment accordingly.

3. In the event settlement is not consummated for any reason, the court reserves the power, upon motion filed by any party, within thirty (30) days after

the date hereof, to amend, alter, or vacate and set aside this order of dismissal.

DONE AND ORDERED this May 2, 2005.


/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE